552

No. 522. MANUFACTURERS' FINANCE Co. v. McKEY, TRUSTEE. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Samuel A. Dew* and *Edward I. Rothbart* for petitioner. *.Mr. Thomas L. Marshall* for respondent.

No. 524. AKTIESELSKABET CUZCO v. THE SUCARSECO. December 3, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. William H. McGrann* for petitioner. *Messrs. D. Roger Englar, Leonard J. Matteson,* and *Forrest E. Single* for respondent.

No. 566. RAILROAD RETIREMENT BOARD ET AL. v. ALTON RAILROAD Co. ET AL. December 17, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Biggs* for petitioners. *Messrs. Sydney R. Prince, R. V. Fletcher, Jacob Aronson, Edward S. Jouett, Dennis F. Lyons, Emmett E. McInnis,* and *Sidney S. Alderman* for respondents.

No. 534. NORRIS v. ALABAMA. January 7, 1935. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Walter H. Pollak* and *Osmond K. Fraenkel* for petitioner. *Messrs. Thomas E. Knight, Jr.,* and *Thomas Seay Lawson* for respondent.

No. 544. BERGER v. UNITED STATES. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Nathan D.*

*Perlman* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 549. GORDON, SECRETARY OF BANKING, ET AL. *v.* WASHINGTON ET AL. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. William A. Schnader* and *Harold D. Saylor* for petitioners. *Mr. David Bortin* for respondents.

No. 550. GORDON, SECRETARY OF BANKING, ET AL. *v.* O'BRIEN ET AL. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. William A. Schnader* and *Harold D. Saylor* for petitioners. *Mr. David Bortin* for respondents.

No. 557. VULCAN MANUFACTURING CO. *v.* MAYTAG CO. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. I. J. Ringolsky* and *Armwell L. Cooper* for petitioner. *Messrs. Wallace R. Lane* and *Nelson E. Johnson* for respondent.

No. 537. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* INTER-MOUNTAIN LIFE INSURANCE CO. January 7, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Stephen W. Downey* and *A. R. Serven* for respondent.